UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

John R. Griffin, Jr.

v. Case No. 26-cv-267-SE-AJ

Casey Callahan

ORDER

No objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K Johnstone dated September 29, 2026. For the reasons explained therein: Mr. Griffin's motion to proceed in forma pauperis (doc. no. 3) is denied; Mr. Griffin's motion for preliminary injunctive relief (doc. no. 7) is denied; and Mr. Griffin shall pay the filing fee of $402 within 30 days, or the court will dismiss this case without prejudice. Mr. Griffin's motions to amend his complaint (doc. nos. 4 & 5) are taken under advisement pending payment of the filing fee.

Samantha D. Elliott
Chief Judge

Date: October 26, 2026